UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE and JANE DOE, for themselves
and on behalf of JIMMY DOE, their minor
child,

        Plaintiffs,

v.

GRANDVILLE PUBLIC SCHOOL DISTRICT,
RON CANIFF, Former District Superintendent
in his official capacity, ROGER BEARUP, Current
Superintendent in his Official Capacity; SCOTT
MERKEL, Assistant Superintendent in his Official
Capacity, TONIA SHOUP, Principal in her
Official Capacity, and HILLARY HUBERTS,
Teacher, in her Official Capacity,

        Defendants.

_____/

Case No.: 1:18-cv-00309

Honorable Gordon J. Quist

| Anne Buckleitner (P59832)<br>SMIETANKA, BUCKLEITNER, STEFFES AND GEZON<br>Attorneys for Plaintiffs<br>4250 Chicago Drive, SW, Suite B<br>Grandville , MI  49418<br>(616) 667-2217<br>ALB@smietankalaw.com | Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendants<br>300 Ottawa Avenue, N.W., Suite 820<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (616) 214-7712<br>cnoland@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |
|---|---|

**Certification of Defense Counsel Pursuant to Local Civil Rule 7.1(d)**

    I, Craig R. Noland, lead counsel for Defendants, certify that I have engaged in a good-faith effort to obtain concurrence in the Defendants' Motion to Dismiss the Individual Claims of Plaintiffs John Doe and Jane Doe ("for themselves") via a written request for concurrence on April 11, 2018, a telephone conference with Plaintiffs' counsel on May 15, 2018, and a follow up email to Plaintiffs' counsel on May 15, 2018. Plaintiff's counsel has not concurred with my request.

                                                             McGRAW MORRIS, P.C.
                                                             Attorneys for Defendant

Dated: May 22, 2018        BY:    *s/     Craig R. Noland*
                                                                    Craig R. Noland (P30717)
                                                                    Amanda M. Zdarsky (P81443)
                                                                    300 Ottawa Avenue, N.W., Ste. 820
                                                                    Grand Rapids, MI 49503
                                                                    Phone: (616) 288-3800