IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE AND JANE DOE, for themselves and on
Behalf of JIMMY DOE, their minor child,

                      Plaintiffs,                  Hon. Gordon J. Quist
                                                  No. 1:18-cv-00309

GRANDVILLE SCHOOL DISTRICT,
RON CANIFF, Former District Superintendent in his
Official Capacity, ROGER BEARUP, Current
District Superintendent in his Official Capacity;
SCOTT MERKEL, Assistant Superintendent
In his Official Capacity, TONIA SHOUP, Principal
In her Official Capacity, and HILLARY HUBERTS,
Teacher, in her Official Capacity.

                      Defendants.
_____/

| | |
|---|---|
| Anne Buckleitner (P59832) | Craig R. Noland (P30717) |
| Attorney for Plaintiffs | Amanda M. Zdarsky (P81443) |
| Smietanka, Buckleitner, Steffes and Gezon | McGRAW MORRIS P.C. |
| 4250 Chicago Drive S.W., Suite B | Attorneys for Defendants |
| Grandville, MI 49418 | 300 Ottawa Ave. NW, Ste 820 |
| 616/667-2217 | Grand Rapids, MI 49503 |
| alb@smietankalaw.com | (616)288-3700/FAX (616)214-7712 |
| | cnoland@mcgrawmorris.com |
| | azdarsky@mcgrawmorris.com |

STIPULATION AND PROPOSED ORDER
RE: BRIEFING SCHEDULE FOR PENDING MOTIONS TO DISMISS

Plaintiffs John and Jane Doe and Jimmy Doe, Defendants Grandville School District, Ron Caniff, Roger Bearup, Scott Merkell, Tonia Shoup, and Hillary Huberts, constituting all the parties appearing in this action, through undersigned counsel of record hereby stipulate to extend the deadline for Plaintiffs' responses in opposition to Defendants' three pending Motions to Dismiss until July 19, 2018, and to extend the date for Defendants' Replies to August 17, 2018.

Reasons For Modifications: Plaintiffs anticipate a change in counsel, which change will be addressed under a separate Stipulation for Substitution of Counsel. These changes in briefing schedule permit time for Plaintiffs' new counsel to familiarize herself with the file, while also accommodating defense counsel's trial calendar.

Now, therefore, IT IS HEREBY STIPULATED by and between all the parties to this action as follows:

SO STIPULATED:

That the Plaintiffs' Responses in Opposition to Defendants' Motions to Dismiss are due July 19, 2019, and Defendants' Replies to Plaintiffs' Responses are due August 17, 2018.

SMIETANKA, BUCKLEITNER, STEFFES & GEZON

By: s/Anne Buckleitner
Anne Buckleitner (P59832)
Attorney for Plaintiffs
John and Jane Doe and Jimmy Doe

GRANDVILLE SCHOOL DISTRICT

By: s/Craig R. Noland
Craig R. Noland (P30717)
Attorneys for Defendants
Grandville School District, Ron Caniff,
Roger Bearup, Scott Merkel, Tonia Shoup,
And Hillary Huberts.

ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Plaintiffs' Responses in Opposition to Defendants' Motions to Dismiss be due July 19, 2018, and Defendants' Replies to Plaintiffs' Responses be due August 17, 2018.

IT IS SO ORDERED.

Date: June 19, 2018          /s/ Gordon J. Quist
                             Honorable Gordon Quist
                             United States District Judge