IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE and JANE DOE, for themselves and on behalf of JIMMY DOE, their minor child,

        Plaintiffs,

Hon. Gordon J. Quist
No. 1:18-cv-00309

GRANDVILLE SCHOOL DISTRICT,
RON CANIFF, Former District Superintendent in his official capacity, ROGER BEARUP, Current District Superintendent in his Official Capacity; SCOTT MERKEL, Assistant Superintendent in his Official Capacity, TONIA SHOUP, Principal in her Official Capacity, and HILLARY HUBERTS, Teacher, in her Official Capacity.

        Defendants.
_____/

Anne Buckleitner (P59832)
Attorney for Plaintiffs
Smietanka, Buckleitner, Steffes and Gezon
4250 Chicago Drive, S.W., Suite B
Grandville, MI 49418
616/667-2217
ALB@SmietankaLaw.com

Craig R. Noland (P30717)
Amanda M. Zdarsky (P81443)
McGRAW MORRIS P.C.
Attorneys for Defendants
300 Ottawa Avenue, NW, Suite 820
Grand Rapids, MI 49503
(616) 288-3700/FAX (616)214-7712
cnoland@mcgrawmorris.com
azdarsky@mcgrawmorris.com

STIPULATION AND PROPOSED ORDER
FOR SUBSTITUTION OF COUNSEL

It is hereby stipulated and agreed that Karen Truszkowski (P56929) of the Temperance Legal Group be substituted for Anne Buckleitner, Smietanka, Buckleitner, Steffes & Gezon, as attorneys of record for Plaintiffs John and Jane Doe, and Jimmy Doe, in the above-captioned litigation.

Counsel requests that all pleadings, papers, and other materials served on Plaintiffs be delivered to Karen Truszkowski, Esq., Temperance Legal Group, 503 Mall Court # 131, Lansing MI 48912 (mail only), or via email to Karen@temperancelegalgroup.com.

I consent to the above substitution:
Date: June 18, 2018

_Jane Doe_____
Jane Doe, for myself and for Jimmy Doe

I consent to the above substitution:
Date: June 18, 2018

_John Doe_____
John Doe, for myself and for Jimmy Doe

I consent to being substituted:
Date: June 18, 2018

s/ Anne Buckleitner

I consent to the above substitution:
Date: June 18, 2018

s/ Karen Truszkowski

The substitution of attorney is hereby approved and so ORDERED.

Date: __June 19, 2018__         /s/ Gordon J. Quist
                                Honorable Gordon Quist
                                United States District Judge